24CV 88-V

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A.  Full Name of Plaintiff: **NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Abraham Shitrai Israel, t.R

[FILED JAN 24 2024 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]

-vs-

B.  Full Name(s) of Defendant(s) **NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Martin O'Malley
2. Mrs. Darling
3. ___
4. ___
5. ___
6. ___

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: This SSI claim presents a federal question to whether the Defendants has the right to deny plaintiff SSI benefits

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: the defendant Ms. Darling a SSI subordinate acting on behalf of Commissioner resides in western, NY

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: For the past 5 years I have submitted numerous PASS applications to SSA that was rejected, I have been denied the full monthly benefit rate under the Sherman and Clayton Acts. I have forced w/o Court Order to pay a debt w/o hearing or evidence. SSA has violated my right to privacy by serving me orders w/o process

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Abraham Israel, A.R

Present Address: 489 E. Utica St
Buffalo, NY 14208

Name of Second Plaintiff: ___

Present Address: ___

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Martin O'Malley – Commissioner of SSA

Official Position of Defendant (if relevant): Commissioner of SSA

Address of Defendant: 6401 Security Blvd.
Woodland, Maryland 21207

Name of Second Defendant: Mrs. Dorling

Official Position of Defendant (if relevant): Supervisor and/or Representative, A.R

Address of Defendant: 478 Martin St. Suite 200
Buffalo, NY 14202

Name of Third Defendant: ___

Official Position of Defendant (if relevant): ___

Address of Defendant: ___

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
    Yes [ ]   No [X]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s): ___

    Defendant(s): _____

    _____

2. Court (if federal court, name the district; if state court, name the county): _____

_____

3. Docket or Index Number: _____

4. Name of Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____

6. What was the disposition of the case?

    Is it still pending? Yes ☐  No ☐

        If not, give the approximate date it was resolved. _____

    Disposition (check those statements which apply):

    ☐ <u>Dismissed</u> (check the statement which indicates why it was dismissed):

        ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ☐ By court due to your voluntary withdrawal of claim;

    ☐ <u>Judgment</u> upon motion or after trial entered for

        ☐ plaintiff
        ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) 1/22/2024 Mrs. Darling, defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) working on behalf and for Commissioner Martin O'Malley ordered me to appear before SSA and by searching and seizing my financial records

3

did the following to me (*briefly state what each defendant named above did*): under my protest and w/o my consent after denying me a PASS application (Plan to Achieve Self-Support) an SSI program discriminated against me and/or rendered an unfavorable report against me w/o my signature and questioned me w/o a warrant by denying me monthly benefits. I told her repeatedly I do not consent to unauthorized solicitation of my financial information by the rejection of my numerous PASS Applications. UCC 1-308

The federal basis for this claim is: The Sherman Act of 1890, Clayton Act of 1914, USC Amend XIV program discrimination, UCC 1-207/308 A.R

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I want the Court to absolve me of any financial liability that has been rendered against me w/o court order. I also want the full SSI benefit that I am entitled too under SSA. Also for Ms. Darling to pay me fines for violation my Declaration of Non-Consent. All Rights Reserved

**B. SECOND CLAIM:** On (*date of the incident*) 1/22/24 Martin O'Malley,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Commissioner of SSA by reason of negligence by not properly training subordinates agents in the Uniform Commercial Code 1-207/308 All rights reserved
did the following to me (*briefly state what each defendant named above did*): Civilly injured me by USC Amend XIV by enabling Mrs. Darling to commit SSA fraud and program discrimination by searching seizing and/or requesting my private financial information of plaintiff w/o a warrant and/or process. The Commissioner of SSA enabled Mrs. Darling to commit civil injuries upon plaintiff by allowing her to suspend the plaintiff's SSI funds and by denying his PASS application A.R

The federal basis for this claim is: USC Amendment XIV "Search and Seizure" violation w/ Declaration of Non-consent UCC 1-207/308

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: To order that my 1st plan application of Pass be granted. That I be reimbursed all the money SSI have taken for an overpayment w/o a Court order. Also, that I be entitled to the full monthly allowable limit A.R

If you have additional claims, use the above format to set them out on additional sheets of paper.

4

### 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I kindly and respectfully request that my right to privacy be not violated w/o a court order and/or my consent. I request not to be questioned w/o court order and/or my consent. I request that I be allowed to partake in the SSA (PASS) program. Also that I be allowed the full monthly benefit of SSI per the Sherman and Clayton Anti trust Acts. Also that Ms. Darling and SSA pay me fines of 9 million dollars for violating my consent. A.K

Do you want a **jury trial**?   Yes [X]   No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___1/24/2024___
              (date)

NOTE: *Each* plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.

*Abraham Obreel, A.K*

Signature(s) of Plaintiff(s)

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

**24CV0086**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Abraham Israel, A.R

**DEFENDANTS**
Martin O'Malley - Commissioner of Social Security; Mrs. Darling Representative of SSA

**(b)** County of Residence of First Listed Plaintiff: **Erie**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Abraham Israel, A.R
40 Concord St Buffalo NY 14212

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CIVIL RIGHTS**
[X] 440 Other Civil Rights

## V. ORIGIN *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983, USC Amend IV (search and seizure) Right to Privacy

Brief description of cause:
My personal property was seized and financial record was stolen w/o warrant

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: _____
DOCKET NUMBER: _____

DATE: 1/24/2024
SIGNATURE OF ATTORNEY OF RECORD: Abraham Israel, A.R

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____